■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONNIE PAYNE, Appellant. [911 NYS2d 626]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Carruthers, J.), rendered on or about December 17, 2008,

And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Mazzarelli, J.P., Friedman, McGuire, Renwick and Richter, JJ.